Camilla **BARLOW, Individually and on behalf of those similarly situated,**
Plaintiff–Appellant

v.

**SAFETY NATIONAL CASUALTY CORPORATION; Singletary; Associates, A.P.L.C.; Financial Recovery Agency, Incorporated; Commercial Surety Consultants, Incorporated; Singletary; Associates, a Professional Law Corporation, a collection agency, Defendants–Appellees.**

No. 14–30407.

United States Court of Appeals,
Fifth Circuit.

Dec. 9, 2014.

Andre P. Laplace, I, Law Offices of Andre P. Laplace, Baton Rouge, LA, for Plaintiff–Appellant.

David Jude Ayo, Attorney, James Huey Gibson, Allen & Gooch, Lafayette, LA, for Defendants–Appellees.

Before STEWART, Chief Judge, and BARKSDALE and GRAVES, Circuit Judges.

PER CURIAM: *

Defendants were awarded summary judgment in this Fair Debt Collection Practices Act action. 15 U.S.C. § 1692e *et seq.* Camilla Barlow challenges only the summary judgment awarded in favor of two of them, and relies primarily on only

one of the claims raised in district court: that they misrepresented the debt Barlow owed, in violation of 15 U.S.C. § 1692e(2)(A). (Because of inadequate briefing, this claim is arguably waived.) Having reviewed the briefs, the record, and the applicable law, and essentially for the reasons stated by the district court, *Barlow v. Safety Nat'l Cas. Corp.,* No. 3:11–cv–00236, 2014 WL 1327922 (M.D.La. 31 Mar. 2014), the judgment is AFFIRMED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.